

**DU BOC ALI v. COMBE**
19 Civ.6187 (CS)(PED)

ADDENDUM ORDER

    This Addendum Order is an integral part of an Order entered today governing the confidential treatment of documents and/or information.

    Notwithstanding any other provision of the Order, no document may be filed under seal with the Clerk of the Court without a further Order of this Court entered upon an application addressed to the specific document(s) sought to be sealed. Any such application must include a showing that the standards for sealing have been met. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006).

    Notwithstanding any other provision of the Order, any such application – and any sealed filing – shall be in compliance with Rule 11 of Judge Seibel's Individual Practices, as well as the Standing Order and ECF Rules incorporated therein.

Dated: July 13, 2020
       White Plains, N.Y.

SO ORDERED

_____
Paul E. Davison, U. S. M. J.