**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Alexis, et al.,** | |
| **Plaintiffs,** | **ORDER** |
| *- against -* | |
| **Combe,** | 19 Civ. 10358 (PED) |
| **Defendant.** | |

| | |
|---|---|
| **Kaimathiri, et al.,** | |
| **Plaintiffs,** | **ORDER** |
| *- against -* | |
| **Combe,** | 19 Civ. 11894 (PED) |
| **Defendant.** | |

| | |
|---|---|
| **Du Boc Ali, et al.,** | |
| **Plaintiffs,** | **ORDER** |
| *- against -* | |
| **Combe,** | 19 Civ. 6187 (PED) |
| **Defendant.** | |

| | |
|---|---|
| **E'Zion, et al.,** | |
| **Plaintiffs,** | **ORDER** |
| *- against -* | |
| **Combe,** | 20 Civ. 7026 (PED) |
| **Defendant.** | |

**PAUL E. DAVISON, U.S.M.J.**:

        The parties are directed to file a report regarding the status of these matters  – and

advising what, if any, additional proceedings are required to bring them to a final conclusion –

not later than March 15, 2023.

Dated: February 22, 2023
      White Plains, New York

**SO ORDERED**

_____
Paul E. Davison, U.S.M.J.