# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAY DU BOC ALI, IZELL MCCLOUD and CLEMON WILLIAMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMBE INCORPORATED,<br><br>Defendant. | **MEMO ENDORSED**<br><br>Case No. 7:19-cv-06187 |

## STIPULATION OF DISMISAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby agree and stipulate that the claims of Plaintiff Ray Du Boc Ali against all Defendants in the above-captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

/s/ Judi Abbott Curry
Judi Abbott Curry (4706)
HARRIS BEACH PLLC
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 687-0100
Jcurry@harrisbeach.com

*Attorneys for Defendant*

/s/ Shane C. Fulton
Shane C. Fulton (NY 5290010)
BURG SIMPSON ELDREDGE
HERSH & JARDINE PC
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
sfulton@burgsimpson.com

*Attorneys for Plaintiffs*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 9/14/23